| | | | |
|---|---|---|---|
| Date: 12/29/10 | **DIVIDENDS REMITTED TO THE COURT** | | Page: |

Case Number 10-13785 - STILES, STEPHANIE L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Matrix Acquisitions, LLC<br>c/o Check Law Offices, LLC<br>471 East Broad Street, 12th Floor<br>Columbus, OH 43215 | 000002 | 306.79 | 2.94 |
| ---------- Remittance Total -------------- | | 306.79 | 2.94 |

*[signature]*
MARY ANN RABIN, Trustee

CHK 1085
#15619


FILED 11 JAN -4 AM 11:55
U.S. DISTRICT COURT
CLEVELAND OHIO